UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAAL DOUGLAS,** | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:25-64** |
| v. | : | **(JUDGE MANNION)** |
| **WARDEN F. GARZA,** | : | |
| Respondent | : | |

FILED
SCRANTON
FEB 18 2025
PER _____ JKC
DEPUTY CLERK

**ORDER**

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus under 28 U.S.C. §2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to **NOTIFY** Petitioner of this Order.

3. The Clerk of Court is directed to **CLOSE** this case.

MALACHY E. MANNION
United States District Judge

DATE: 2/18/25
25-0064-01-ORDER